# Court of Appeals
# of the State of Georgia

ATLANTA,  April 24, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0066. JESSE HOOPER et al. v. WILMINGTON SAVINGS FUND SOCIETY et al.**

Having been read and considered, the appellant's emergency motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta,  04/24/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*